IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLEN RESH-CHEVILLAR, | : | CIVIL ACTION NO. 1:CV-00-1238 |
| Plaintiff, | : | |
| | : | Judge Kane |
| v. | : | |
| | : | |
| LBS DEVELOPMENT AUTHORITY, | : | |
| Defendant. | : | |

**FILED**
**HARRISBURG**
MAY - 1 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**ORDER**

AND NOW, this 30th day of April, 2002, **IT IS ORDERED THAT** Defendant's petition to withdraw bill of costs is **GRANTED**.

Yvette Kane
United States District Judge